# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154346

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v
                            SC: 154346
                            COA: 331796

FELISA SIMMS,
               Defendant-Appellant.
                            Wayne CC: 14-010766-FH

_____/

On order of the Court, the application for leave to appeal the July 6, 2016 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. We also DIRECT defense trial counsel, Tyrone Bickerdt, to file a brief addressing whether and when he filed the defendant's March 27, 2015 Notice of Right to Timely Appeal and Request for Appointment of Attorney, as well as, if applicable, the reasons for his failure to file it within the deadlines set forth in MCR 6.425(G)(3) and MCR 7.204(A)(2).

The application for leave to appeal remains pending.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



s0906

Clerk